**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00150-CV

### LARRY M. GENTILELLO M.D., Appellant

### V.

### UNIVERSITY OF TEXAS SOUTHWESTERN HEALTH SYSTEMS A/K/A UT SOUTHWESTERN HEALTH SYSTEMS, ET AL, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-6167**

## ORDER

We **GRANT** the Dallas County District Clerk's March 4, 2013 motion for an extension of time to file the clerk's record. The District Clerk shall file the clerk's record on or before **April 10, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE